IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:20cr0059 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| ALLEN L. UNDERWOOD, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on July 28, 2021, for hearing on the Government's request for revocation of Defendant Allen L. Underwood's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on July 14, 2021, at which time the Defendant admitted to the following violation: 1) Whereabouts Unknown. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation. The Court finds Defendant in violation and revokes supervised release.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of eleven (11) months. No further period of supervised release to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: July 28, 2021

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE